William TAYLOR, Appellant, v. METRO-POLITAN LIFE INSURANCE COMPANY, Appellee.

No. 9625.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1944.

McC. Harrison, W. K. Thomas, and Harrison & Marshman, all of Cleveland, Ohio, for appellant.

Robert M. Weh and Bushnell, Burgess & Fulton, all of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, upon consideration whereof it is here and now ordered and adjudged that the judgment appealed from be and the same is affirmed on the grounds and for the reasons set forth in the memorandum opinion of the District Judge. 55 F.Supp. 402.

Otto J. TRAUTWEIN, Petitioner, v. Hon. Rubey M. HULEN, Judge, etc.

No. 12834.

Circuit Court of Appeals, Eighth Circuit.

May 6, 1944.

John V. Lee, of St. Louis, Mo., for petitioner.

Clyde Wagner, of St. Louis, Mo., for respondent.

PER CURIAM.

Application for mandamus denied.

UNITED STATES of America, Appellant, v. CLUETT, PEABODY & CO., Inc., a Corporation, and Menlo Investment Company, a Corporation, Appellees.

No. 10543.

Circuit Court of Appeals, Ninth Circuit.

May 25, 1944.

Norman M. Littell, Asst. Atty. Gen., Vernon L. Wilkinson and Wilma C. Martin, Attys., Department of Justice, both of Washington, D. C., and M. Mitchell Bourquin, Sp. Asst. to Atty. Gen., for appellant.

Edgar H. Rowe and Walter S. Brann, both of San Francisco, Cal., for appellee Cluett, Peabody & Co.

Andrew F. Burke, of San Francisco, Cal., for appellee Menlo Investment Co.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the judgment of the said District Court in this cause be modified pursuant to the stipulation filed, that a judgment be filed and entered herein pursuant to said stipulation and that the mandate of this Court in this cause issue forthwith.